# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA SAGASTUME, individually, and on behalf of other members of the general public similarly situated,<br>　　Plaintiff,<br><br>　　　　　v.<br><br>PSYCHEMEDICS CORPORATION, etc., et al,<br>　　Defendants. | CV 20-6624 DSF (GJSx)<br><br>Order to Show Cause re Dismissal |

　　On December 13, 2021, the parties filed a Joint Notice of Settlement indicating that the parties anticipated needing 75 days to finalize settlement documents and file a motion for preliminary approval.  Dkt. 49.  Nearly six months have passed and no motion has been filed.  Plaintiff is ordered to show cause in writing no later than August 1, 2022 why this action should not be dismissed for failure to prosecute.  The filing of a motion for preliminary approval or a dismissal will constitute an acceptable response to this Order to Show Cause.

　　IT IS SO ORDERED.

Date: July 11, 2022　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge